**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

212.634.3054 direct
whwang@sheppardmullin.com

Via ECF and ACMS

March 21, 2025

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square New York, New York 10007

Re: *Atticus Limited Liability Company v. The Dramatic Publishing Company*, Nos. 23-1226, 23-7751, 23-7850

Dear Ms. Wolfe:

Along with Loeb & Loeb LLP, this firm represents Atticus Limited Liability Company ("Atticus") in the above appeals. We write to respond to the Rule 28(j) letter submitted by The Dramatic Publishing Company ("Dramatic") [No. 23-1226, Dkt. No. 128; No. 23-7751, Dkt. No. 73], by which Dramatic advises that the Seventh Circuit Court of Appeals has directed Dramatic and the Estate of Harper Lee (the "Estate") to proceed to briefing in a separate appeal pending before that court captioned *Dramatic Publishing Company v. Estate of Nelle Harper Lee*, No. 23-1309 (7th Cir.).

Though Dramatic has not suggested otherwise, Atticus writes to reiterate that the pendency of the Seventh Circuit appeal should not delay decision in the instant appeals before this Court. As explained in the parties' briefing, the Seventh Circuit appeal addresses the confirmation of an arbitral award issued in a private arbitration between Dramatic and the Estate, which was confirmed on the grounds advanced by Dramatic that, under prevailing Seventh Circuit standards, an "arbitrator's decision is binding and unreviewable as to the parties to the arbitration." JA 360-61, JA 369-70 (citing *Baxter Int'l, Inc. v. Abbott Labs.*, 315 F.3d. 829, 832 (7th Cir. 2003)). Neither Atticus nor Aaron Sorkin were parties to that arbitration or to the confirmation proceeding, nor are they party to or otherwise involved in the pending Seventh Circuit appeal. Accordingly, as Dramatic has itself acknowledged, "after confirmation, [the] arbitral decision is not a binding precedent for the district court or this Court" [No. 23-7751, Dkt. No. 60.1 at 24], a proposition that will remain true irrespective of how the Seventh Circuit appeal is decided. In short, the outcome of that appeal (in which briefing has not yet begun) has no bearing here and, Atticus respectfully submits, is not cause for delaying the conclusion of the instant appeals.

Respectfully submitted,

Wook Hwang

cc: All counsel of record (via ECF and ACMS)

SMRH:4934-6260-4332